**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 20, 2018.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-18-00351-CV

---

### RONNIE HARMON AND ROY H. BECK, JR., Appellant

### V.

### CYRUS M. CORMIER AND BRIDGET W. CORMIER, Appellee

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-26712**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 31, 2018. On December 6, 2018, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Busby, Brown, and Wise.